UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAYMOND BAUER,<br><br>         Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>         Defendants. | No. 2:14-cv-02028 AC P<br><br><br><br>ORDER |

Plaintiff has filed a third motion for extension of time to file an amended complaint (ECF No. 15) and a motion for a court order for release of his legal property (ECF No. 16). The court construes the motion for a court order as a supplement to his request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF Nos. 15, 16) is granted;

2. Plaintiff shall have thirty days from the filing of this order to file an amended complaint.

DATED: March 24, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE