UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAYMOND BAUER, | No. 2:14-cv-2028 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 6.

By order filed January 13, 2015, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended compliant within thirty days. ECF No. 9. Plaintiff's first request for extension of his time to file an amended complaint was granted on March 10, 2015. ECF No. 14. On March 25, 2015, plaintiff was granted an additional thirty days in which to file an amended complaint. ECF No. 18. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

1   Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
2 this order, plaintiff shall file an amended complaint. Failure to file an amended complaint shall
3 result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).
4 DATED: May 15, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE